**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             February 9, 2016
Courtroom Deputy: Emily Buchanan
FTR Technician:   Kathy Terasaki

---

Civil Action No. 14-cv-02866-RPM            Counsel:

KAREN RODRIGUEZ,                            Collin Earl
                                            John O'Connell
    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF                 Lyndsay Arundel
AMERICA, a foreign corporation,             Brian Spano

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**1:58 p.m.       Court in session.**

Court provides its understanding of the core facts.

Mr. Earl answers Court's questions regarding what part of the defendant's conduct is unreasonable and the bases for plaintiff's claims.

Ms. Arundel provides argument and answers Court's questions regarding the conduct of Safeco.

**ORDERED:** Defendant's Motion for Partial Summary Judgment and Memorandum Brief in Support Thereof (Doc. No. 27) is **DENIED** as to both Plaintiff's Second Claim for Relief for Common Law Bad Faith and Third Claim for Relief for Violation of C.R.S. §§ 10-3-1115/1116.

**ORDERED:** Pretrial Conference is set for **March 18, 2016 at 2:00 p.m.** Court and counsel will decide at this time whether a Daubert Hearing is needed.

C.R.S. 10-3-1104 sets forth the industry standard, therefore claims handling experts are not

needed.

**2:28 p.m.        Court in recess.**

Hearing concluded.  Total time:   30 minutes.