IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02866-RPM

KAREN RODRIGUEZ,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## PROTECTIVE ORDER

On February 10, 2016, the Defendant moved for a protective order with respect to the Plaintiff's Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), seeking to preclude the Plaintiff from discovering information about the Defendant's setting of reserves in connection with the Plaintiff's UIM claim; the Defendant's settlement authority, and the Defendant's compensation structure for its employees.  The Rule 30(b)(6) deposition is scheduled for February 11, 2016.  Upon consideration of the motion, it is

ORDERED that the Defendant's motion for protective order [doc. #39] is granted.  The Plaintiff is precluded from seeking deposition testimony regarding Topics Nos. 12, 30, 31 and 32 set forth in Plaintiff's Amended Notice of Deposition Pursuant to Fed.R.Civ.P. 30(b)(6).

Dated:  February 11, 2016

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge